# United States Court of Appeals
## For the First Circuit

No. 25-1160

ANDREA BECKWITH; EAST COAST SCHOOL OF SAFETY; NANCY COSHOW;
JAMES WHITE; J. WHITE GUNSMITHING; ADAM HENDSBEE; THOMAS COLE;
TLC GUNSMITHING AND ARMORY; A&G SHOOTING,

Plaintiffs, Appellees,

v.

AARON M. FREY, in their personal capacity and in their official
capacity as Attorney General of Maine,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on April 3, 2026, is amended as follows:

At page 7, line 21, insert a period after "firearm"

At page 14, line 14, replace "(citation modified)" with "(quotation modified)" at the end of the block quote.